UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/09
```

VENCEDOR SHIPPING LTD.,

          Plaintiff,

-v-

INGOSSTAKH INSURANCE CO.,[1]

          Defendant.

No. 09 Civ. 4779 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of Defendant's September 21, 2009 letter, which requests a one-day extension of its deadline to respond to Plaintiff's September 17, 2009 letter requesting permission to file a motion for summary judgment. The request for an extension is GRANTED. Accordingly, IT IS HEREBY ORDERED THAT the deadline for Defendant to file a response to Plaintiff's letter is extended until September 22, 2009.

SO ORDERED.

DATED:    September 21, 2009
                New York, New York

                                       RICHARD J. SULLIVAN
                                       UNITED STATES DISTRICT JUDGE

---

    [1] Defendant's submission indicates that its name should be spelled Ingosstrakh, rather than Ingosstakh. The parties are directed to confer and, if necessary, amend the caption and docket sheet.