UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/09
```

VENCEDOR SHIPPING LTD.,

                Plaintiff,

-v-

INGOSSTAKH INSURANCE CO.,

                Defendant.

No. 09 Civ. 4779 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of Defendant's October 30, 2009 letter, which requests a three-week extension of the October 30, 2009 deadline to submit its papers in opposition to Plaintiff's motion for summary judgment. Defendant's counsel represents that the Second Circuit's recent decision in *Shipping Corporation of India v. Jaldhi Overseas Pte Ltd.*, ___ F.3d ___, No. 08 Civ. 3477, 2009 WL 3319675 (2d Cir. Oct. 16, 2009), creates potential positional conflicts for attorneys at its firm. Accordingly, and pursuant to the recommendation of the Judicial Improvements Committee of this District, Defendant's request is hereby GRANTED, despite the fact that Defendant waited until the day of the deadline to request an extension. Defendant shall file its opposition papers by November 20, 2009, and Plaintiff shall file its reply by November 27, 2009.

SO ORDERED.

DATED:    October 30, 2009
               New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE